360 A.2d 659

COMMONWEALTH ex rel. STAUFFER

v.

STAUFFER, Appellant.

Argued March 18, 1976.   William W. Boyd, with him Xakellis, Perezous & Mongiovi, for appellant;   J. Kohr, with him Penn B. Glazier, for appellee.

OPINION PER CURIAM: The record in the instant case is insufficient to support the important decision which an award of custody represents.   On the basis of *Gunter v. Gunter*, 240 Pa. Superior Ct. 382, 361 A.2d 307 (1976), therefore, we vacate and remand for further proceedings in the lower court.